7-21-15

83,289-03

Honorable Appeals Court,

I wanted to inform you that I have relocated and transferred facilities yet again awaiting correspondence. I do not anticipate re-locating again at this point and wanted to provide you all with current, up to date information to contact me. Thank you so very much for your time and consideration.

God Bless,

Lauren Aycock

Lauren Aycock #1969847
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, TX
76528

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk